UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
OCTOBER 1, 2024 SESSION



**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:24-cr-00165
 18 U.S.C. § 2250(a)

**JAMES ARTHUR HYAMS**

### I N D I C T M E N T

The Grand Jury Charges:

From on or about December 19, 2023, through on or about September 30, 2024, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant JAMES ARTHUR HYAMS, a person required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

WILLIAM S. THOMPSON
United States Attorney

By: _____
JONATHAN T. STORAGE
Assistant United States Attorney